Decided March 2, 2000

ARNOLD L. BEIZER *v.* DEPARTMENT OF LABOR

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 347 (AC 18242/ 18898), is denied.

*Richard F. Wareing,* in support of the petition.

*Thadd A. Gnocchi,* assistant attorney general, in opposition.

Decided March 2, 2000